# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 10-01527 DOC (RNBx)                                         Date: October 19, 2010

Title: Nazomi Communications Inc. v. Samsung Telecommunications, Inc. Et Al.

---

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kathy Peterson | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                          NONE PRESENT

PROCEEDING (IN CHAMBERS): Order to Show Cause

       The Court recently received a transfer of the above named case, which involves Plaintiff Nazomi Communications, Inc. ("Nazomi")'s allegations of patent infringement by Defendants. The Court accepted the transfer of the case because it was related to the case of Nazomi v. Nokia (Case No. SACV 10-00151 DOC (RNBx)).

       The Court directs the parties to the Court's October 12, 2010 Order Granting Motion to Transfer of Nazomi v. Nokia, in which the Court transferred the case to the Northern District of California.

       The Court ORDERS the parties to show cause as to why the present case should not also be transferred to the Northern District of California for the reasons stated in the Court's October 12, 2010 Order. The Court requests briefings on this issue by **October 29, 2010**. Any opposing reply briefs shall be due to the Court by **November 5, 2010**.

       The Clerk shall serve this minute order on all parties to the action.

MINUTES FORM 11 DOC                                                       Initials of Deputy Clerk: jcb

_____

CIVIL - GEN                                                                                 Page 1 of 1